SAM (*alias Mack*) TAYLOR, *Plaintiff in Error*, v. THE STATE
OF FLORIDA, *Defendant in Error*.

Opinion Filed November 5, 1923.

Petition for rehearing denied November 23, 1923.

This case was decided by Division B.

Where the evidence in the record, although conflicting, is suf-
ficient to sustain a conviction, the judgment will be affirmed
where it is not made to appear that the jury were influ-
enced by considerations outside the evidence.

A Writ of Error to the Circuit Court for Dade County;
H. Pierre Branning, Judge.

Affirmed.

*G. C. McClure* and *James R. Cooper, for* Plaintiff in
Error;

*Rivers Buford*, Attorney General, and *J. B. Gaines*, As-
sistant Attorney General, for the State.

PER CURIAM.—Upon a trial of the issue made by plea
of not guilty to the indictment charging murder in the
first degree there was a verdict finding defendant guilty
of murder in the second degree. Writ of error was taken
from this court.

No question is presented or argued in the brief except
the sufficiency of the evidence to sustain the verdict. None
other was mentioned in the oral argument of the case.

Though conflicting in some respects, there is in the rec-
ord evidence sufficient to sustain the conviction. The judg-

ment is, therefore, affirmed on authority of Newman v. State, 84 Fla. 455, 94 South. Rep. 154; Streety v. State, 85, Fla. 387, 96 South. Rep. 160.

So ordered.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur in the opinion.